**NATUROPATHIC LABORATORIES INTERNATIONAL, INC., Plaintiff–Cross Appellant,**

v.

**DERMAL RESEARCH LABORATORIES, INC., Defendant–Appellant.**

No. 2006–1290, 2006–1403.

United States Court of Appeals, Federal Circuit.

May 18, 2007.

Before NEWMAN, SCHALL, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.